◼ CARMEN BRYANT, Appellant, v JD BRITT et al., Respondents. [845 NYS2d 210]—Appeal from an order of the Supreme Court, Erie County (Joseph D. Mintz, J.), entered January 6, 2006 in a personal injury action. The order granted defendants' motion for summary judgment dismissing the complaint and denied plaintiff's cross motion for partial summary judgment on the issue of liability.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Scudder, P.J., Hurlbutt, Smith, Fahey and Pine, JJ.